UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANITA RADEMAKER, as parent and next best friend of N.R., a minor,    Plaintiffs,   v.   JAY BLAIR, JERRY MEYER, MIDWEST CENTRAL HIGH SCHOOL, and MIDWEST CENTRAL UNIT SCHOOL DISTRICT # 191,   Defendants. | CASE NO:   10-CV-03332 |

## STIPULATION TO VOLUNTARILY DISMISS

NOW COMES Plaintiff, ANITA RADEMAKER, as parent and next best friend of N.R., a minor, by and through her attorneys, JIM ROCHFORD AND ASSOCIATES, and Defendants, JAY BLAIR, JERRY MEYER, MIDWEST CENTRAL HIGH SCHOOL, and MIDWEST CENTRAL UNIT SCHOOL DISTRICT # 191, by and through their attorneys, MILLER, HALL & TRIGGS, who jointly move and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to voluntarily dismiss the above-captioned matter with prejudice, without court order, and with each side bearing their own costs and attorney fees.

Dated: February 9, 2011

 s/ JAMES M. ROCHFORD                                                          s/  ROBERT B. MCCOY
    Attorney for Plaintiff                                                                Attorney for Defendants

Jim Rochford, Esq.
Jim Rochford & Associates
124 S.W. Adams Suite 500
Peoria, Illinois  61602-1371
Phone: (309) 637-5322
Fax: (309) 637-5346
E-Mail drochford@rochfordlaw.com
Peoria Attorney #1612